AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

DEORAM SOOKDEO AND NAITRAM SOOKDEO

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05 CV 10777

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND W. KELLY, INSPECTOR ROBERT BOYCE, DETECTIVE DAVID VELEZ, DETECTIVE FELIX COLON, POLICE OFFICER SHAE JACKSON, JOHN DOE

TO: (Name and address of defendant)

Detective David Velez
67th Police Precinct
2820 Snyder Ave.
Brooklyn, NY 11216

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Stoll
Stoll & Glickman L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                            DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1-3-06 |
| NAME OF SERVER (PRINT) Ted Braunstein | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand at defendants place of business 2820 Snyder Ave. to Sgt R. Silvera.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-4-06
          Date

Jed Braunstein
Signature of Server

570 Atlantic Ave.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.